**Order filed July 10, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-15-00585-CV
_____

### IN RE MERCEDES MARTINEZ, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-08674**

---

## O R D E R

On July 10, 2015, relator Mercedes Martinez filed a petition for writ of mandamus with this court.  *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52.  Relator asks this court to order the Honorable John Schmude, presiding judge of the 247th District Court of Harris County, to: (1) set aside an Agreed Final Decree of Divorce; (2) set aside an order of enforcement; (3) set aside a finding of contempt entered by a visiting judge; and (4) enter judgment on the parties' mediated settlement agreement.

It appears from the facts stated in the petition that relator's request for relief

requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. P. 52.8(b), 52.10.

We therefore ORDER that the contempt hearing set for July 13, 2015, at 9:30 a.m. in the court below be stayed until final decision by this court on relator's petition for writ of mandamus, or until further orders of this court.

A response to the petition is hereby requested to be filed on or before July 27, 2015.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.